# In The United States Court of Federal Claims

No. 12-541L

(Filed: October 23, 2012)

_____

MINISTERIO ROCA SOLIDA,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 22, 2012, defendant filed an unopposed motion for a 46-day enlargement of time in which to file a response to the complaint. The motion is hereby **GRANTED**, in part. On or before December 21, 2012, defendant shall file a response to the complaint. **No further enlargements of this deadline will be granted**.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra  
                                               Francis M. Allegra  
                                               Judge