# In The United States Court of Federal Claims

No. 12-541L

(Filed: October 16, 2013)

_____

MINISTERIO ROCA SOLIDA,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On October 15, 2013, defendant moved to stay this case, and plaintiff filed its opposition to the motion.  Defendant's motion to stay is **DENIED**.  The oral argument scheduled for October 22, 2013, however, is hereby cancelled.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge